```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32123
   MICHELLE D WALKER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0260


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/15/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  84.90% from remaining funds.

     The case was paid in full 09/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
AMERICAN LOANS MCHENRY     FILED LATE          144.28          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           676.66          .00        574.50
FIRST CONSUMERS            NOTICE ONLY      NOT FILED          .00           .00
OCWEN LOAN SERVICING LLC   NOTICE ONLY      NOT FILED          .00           .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED          .00           .00
JACKSON PARK HOSPITAL      UNSECURED       NOT FILED          .00           .00
REVENUE CYCLE SOLUTIONS    NOTICE ONLY      NOT FILED          .00           .00
LOAN EXPRESS CO            UNSECURED       NOT FILED          .00           .00
PAY DAY LOANS              UNSECURED       NOT FILED          .00           .00
PDL FINANCIAL SERVICES     FILED LATE          353.98          .00           .00
SURETY FINANCE             UNSECURED           303.00          .00        257.26
T-MOBILE BANKRUPTCY        UNSECURED       NOT FILED          .00           .00
SUPERIOR ASSET MANAGEMEN   NOTICE ONLY      NOT FILED          .00           .00
UPTOWN CASH                UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           172.23          .00        146.23
ZALUTSKY & PINSKI LTD      REIMBURSEMENT      194.00          .00        194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                        228.01
DEBTOR REFUND              REFUND                                          34.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               3,634.00

PRIORITY                                     194.00
SECURED                                         .00
UNSECURED                                    977.99
ADMINISTRATIVE                             2,200.00
TRUSTEE COMPENSATION                         228.01
DEBTOR REFUND                                 34.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 32123 MICHELLE D WALKER
```

```
                              ---------------      ---------------
TOTALS                               3,634.00             3,634.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```